FILED

MAY 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NASHONNA COLEMAN, an individual,<br><br>        Plaintiff - Petitioner,<br><br> v.<br><br>JENNY CRAIG, INC., a Delaware corporation,<br><br>        Defendant - Respondent. | No. 14-80035<br><br>D.C. No. 3:11-cv-01301-MMA-DHB<br>Southern District of California, San Diego<br><br>ORDER |

Before: LEAVY and HURWITZ, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's November 27, 2013 order denying class action certification and February 28, 2014 order denying the motion for reconsideration. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

RJ/MOATT