David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Peggy J. Reali (SBN 1531020)
*preali@markham-law.com*
Maggie Realin (SBN 263639)
*mrealin@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel.: (619) 399-3995

[Additional counsel listed on next page]
Attorneys for Plaintiff

R. Dale Dixon, Jr. (SBN 241297)
*dale@daledixonlaw.com*
**LAW OFFICES OF DALE DIXON**
402 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 770-1884

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHONNA COLEMAN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>JENNY CRAIG, INC., A Delaware corporation,<br><br>Defendants. | CASE NO. 11-cv-1301-BAS (DHB)<br>CLASS ACTION<br><br>Hon. Cynthia A. Bashant<br>Courtroom 4B<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Honorable David H. Bartick<br>Magistrate Judge<br><br>Action Filed:   6/13/2011<br>Trial Date:      None Set |

*Coleman et al. v. Jenny Craig, Inc.*, Case No. 11-cv-1301-BAS (DHB)
JOINT NOTICE OF SETTLEMENT

R. Craig Clark (SBN 129219)
*cclark@clarklawyers.com*
**THE CLARK LAW FIRM**
205 W Date Street
San Diego, California 92101
Tel: (619) 239 1321


Barron E. Ramos (SBN 179620)
*ramosesq@yahoo.com*
**LAW OFFICES OF BARRON E. RAMOS, APC**
27201 Puerta Real, Suite 300
Mission Viejo, California 92692
Tel: (949) 420-4590

Attorneys for Plaintiff

Pursuant to paragraph 8 of the Honorable Cynthia A. Bashant's Standing Order for Civil Cases, PLEASE TAKE NOTICE that on August 12, 2016, Plaintiff NASHONNA COLEMAN and Defendant JENNY CRAIG, INC., (collectively the "Parties") by and through their counsel of record, reached a settlement of this case.

The Parties will file a Joint Motion to Dismiss this case within 28-days of the day the settlement was reached, unless the Magistrate Judge sets a different deadline.

DATED: August 18, 2016                THE MARKHAM LAW FIRM

By: s/ Peggy J. Reali
Attorney for Plaintiff
E-mail: preali@markham-law.com

DATED: August 18, 2016                LAW OFFICE OF R. DALE DIXON

By: s/ R. Dale Dixon
Attorney for Defendant
E-mail: dale@daledixonlaw.com

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to R. Dale Dixon, counsel for Defendant Jenny Craig, Inc., and that I have obtained Mr. Dixon's authorization to affix his electronic signature to this document.

DATED: August 18, 2016                THE MARKHAM LAW FIRM

By: s/ Peggy J. Reali
Attorney for Plaintiff
E-mail: preali@markham-law.com

1

*Coleman et al. v. Jenny Craig, Inc.*, Case No. 11-cv-1301-BAS (DHB)
JOINT NOTICE OF SETTLEMENT