# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHONNA COLEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JENNY CRAIG, INC., <br><br> Defendant. | Case No. 11-cv-01301-BAS(DHB) <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** <br><br> **[ECF No. 113]** |

Presently before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. (ECF No. 113.) Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

**DATED: September 2, 2016**

Hon. Cynthia Bashant
United States District Judge